**Order entered May 3, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00593-CV

## IN RE C.D. HENDERSON CONSTRUCTION SERVICES, LTD., ET AL, Relators

### On Appeal from the 95th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. 05-6533-D

## ORDER

The Court has before it relators' May 2, 2013 petition for writ of mandamus. The Court requests that real parties file a response to the petition by **MAY 14, 2013**.

Relators' May 2, 2013 motion for temporary relief remains pending before the Court.


/s/     JIM MOSELEY
         JUSTICE